UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. **'08 MJ 1327** |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Juan PEREZ-Monsivais,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **April 24, 2008** within the Southern District of California, defendant, **Juan PEREZ-Monsivais,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **APRIL 2008**

_____
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan PEREZ-Monsivais

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On April 24, 2008, Border Patrol Agent H. Tran was assigned to line watch duties in the Campo, California area of operations. This area is commonly utilized by undocumented aliens in furtherance of their illegal entry into the United States. At approximately 9:45 P.M., Agent Tran responded to a seismic intrusion device. Agent Tran arrived in the area of the device and found fresh footprints for a group of individuals leading into the brush. Using tracking techniques he followed the footprints until he encountered a group of nine individuals attempting to conceal themselves in the surrounding brush.

Agent Tran identified himself as a Border Patrol Agent and questioned all nine individuals as to their citizenships. All nine individuals including, one later identified as the defendant **Juan PEREZ-Monsivais**, admitted to being citizens and nationals of Mexico not in possession of proper documents to be or remain in the United States legally. All individuals were placed under arrest and transported to the Campo Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 19, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated that he had not applied for permission to re-enter the United States following his deportation.

Executed on April 26, 2008, at 9:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **April 24, 2008** in violation of Title 8, United States Code, Section 1326.

_____
Nita L. Stormes
United States Magistrate Judge

4-26-08 @ 12:30 PM
Date/Time