AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 2 2 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JUAN PEREZ-MONSIVAIS | CASE NUMBER: 08CR1653-H |

I, JUAN PEREZ-MONSIVAIS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 22 MAY 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Peptz Monsivais_
Defendant

_Kenneth R. McMillan_
Counsel for Defendant

Before _____
JUDICIAL OFFICER